UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
G & G CLOSED CIRCUIT EVENTS, LLC,

                     Plaintiff,

      -against-

CARLOS LAURA CORP., doing business
as Sin Fronteras and CARLOS ALVARADO

                    Defendants.

-------------------------------------------------------X

**ORDER ADOPTING R & R**
Civil Action No. 15-3712(DRH)(ARL)

**HURLEY, Senior District Judge:**

Presently before the Court is the Report and Recommendation, dated February 16, 2017, of

Magistrate Judge Arlene R. Lindsay recommending that the motion of plaintiff G & G Closed

Circuit Events, LLC ("plaintiff") for a default judgment against defendants Carlos Laura Corp,

doing business as Sin Fronteras, and Carlos Alvarado (collectively "defendants") be granted  and

judgment be entered in favor of plaintiff and against defendants, jointly and severally, awarding

plaintiff  damages in the amount of $2879.20. More than fourteen days have elapsed since service of

the Report and Recommendation and no objections have been filed.

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report

and Recommendation for clear error, and finding none, now concurs in both its reasoning and its

result.  The Court adopts the February 16, 2017 Report and Recommendation of Judge Lindsay as if

set forth herein.  Accordingly,

      **IT IS HEREBY ORDERED** that  judgment be entered in favor of plaintiff and against

defendants, jointly and severally, awarding plaintiff damages in the amount of $2879.20. Post

judgment interest shall accrued in accordance with 28 U.S.C. § 1961.

Dated:  Central Islip, N.Y.
       March 8, 2017                        /s/  Denis R. Hurley
                                          Denis R. Hurley
                                          United States District Judge